(April 23, 1985)

1   In the Matter of ANTHONY S. GILL, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of the New York State Department of Correctional Services, et al., Respondents.

Mahoney, P. J., Casey, Mikoll, Levine and Harvey, JJ., concur.